**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:14-00067 |
| | ) | Judge Trauger |
| GARRETT STORM HICKEY | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that a hearing shall be held on the Petition to Revoke Supervision (Docket No. 5) on Wednesday, August 27, 2014, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 23rd day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge