IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 3:14-00067 |
| | ) | JUDGE TRAUGER |
| GARRETT STORM HICKEY | ) | |

## AGREED MOTION TO ENTER AGREED ORDER AND CANCEL REVOCATION HEARING

Defendant Garrett Hickey files this agreed motion requesting that the Court: (1) find that he committed the violation of supervised release as charged in the Petition; (2) authorize the destruction of the pipe seized by the probation officer; and (3) cancel the revocation hearing set for September 29, 2014.

On January 22, 2014, Hickey began supervised release. (Pet., R.5, Page ID # 32.) In March he admitted to having smoked marijuana, and in April he tested positive once for smoking it. (*Id.* at Page ID # 33.) In June, during a home visit the probation officer found Hickey in possession of a marijuana pipe, which the officer seized. (*Id.*) He also failed to fully comply with drug testing and counseling requirements. (*Id.*) The instant petition was issued in July.

Since that time, Hickey has been fully compliant with terms of supervision. He remains fully employed.

Undersigned counsel has conferred with Mr. Hicks, AUSA Scarlett Nokes, and USPO Eric Illarmo. All are in agreement with the following resolution:

1. Consistent with previous admissions to the probation officer, Mr. Hicks admits to the violations charged in the Petition.

2. All parties request that no punishment be imposed on Mr. Hicks, but that he be continued on supervised release under the terms and conditions originally imposed.

3. All parties request that the Court authorize destruction of the seized pipe.

With the agreement of all parties, Hicks respectfully requests that the Court enter the agreed proposed order to this effect, and that the Court cancel the revocation hearing set for September