IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00067 |
| | ) | JUDGE TRAUGER |
| GARRETT STORM HICKEY | ) | |

**AGREED ORDER**

In light of the agreed motion filed on September 25, 2014, the Court FINDS that Defendant Garrett Hickey committed the violation of supervised release as charged in the Petition (Docket Entry 5). The Court declines to impose any punishment on Hickey, but ORDERS that he continue on supervised release under the terms and conditions originally imposed, and AUTHORIZES the Probation Office to destroy the pipe it seized from Hickey. The Court ORDERS that the revocation hearing set for September 29, 2014, be canceled.

It is so ORDERED.

ENTERED this 26th day of September, 2014.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE