**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No.  3:14-00067 |
| | ) | Judge Trauger |
| GARRETT STORM HICKEY | ) | |
| | ) | |

**O R D E R**

A hearing was held on June 22, 2015, on the Superseding Petition (Docket No. 34).  The

defendant admitted the three violations in the Superseding Petition, and the court finds those

violations established.

This matter is set for further hearing on Monday, July 13, 2015, at 10:30 a.m.

It is so **ORDERED**.

ENTER this 22nd day of June, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge